[No. 12305–3–II.   Division Two.   February 1, 1990.]

INDUSTRIAL FORESTRY ASSOCIATION, ET AL, *Appellants*, v. TERESA JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 87–2–00519–2, Dale M. Nordquist, J., entered September 16, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 12340–1–II.   Division Two.   February 1, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALDERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 88–8–00166–9, James B. Gober, J. Pro Tem., entered September 21, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 9823–1–III.   Division Three.   February 1, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JON HOWARD FARRER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–00923–7, Michael E. Donohue, J., entered February 6, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.